JS - 6

**FILED: 1/31/12**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Edward Cheung*, | )     **CASE NO. CV 11-10273-GHK (JCGx)** |
|         **Plaintiff,** | )     **JUDGMENT** |
|         **v.** | ) |
| *Bank of America, N.A., et al.,* | ) |
|         **Defendants.** | ) |

Pursuant to the Court's January 31, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Edward Cheung's ("Plaintiff") claims against Defendants Bank of America, N.A., Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-E, and Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-E are **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 31, 2012

_____
GEORGE H. KING
United States District Judge